IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHANTILLY STORE ALL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:09-cv-921-MEF-CSC ) |
| SARAH SPEAR, *et al.*, | ) (WO) ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of Plaintiff's Motion for Clarification (Doc. #13), it is hereby ORDERED that

(1) Defendants' Motion to Dismiss (Doc. #5-5) is DENIED as moot; and

(2) This Court's Order (Doc. #9) scheduling briefing on Defendants' Motion to Dismiss is VACATED.

(3) The parties are advised that the deadlines in this Court's Order (Doc. #12) scheduling briefing on Defendants' Motion to Dismiss Second Amended and Supplemental Complaint remain in effect.

DONE this the 21st day of October, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE