IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHANTILLY STORE ALL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:09-cv-921-MEF-CSC |
| | ) |
| SARAH SPEAR, *et al.*, | ) (WO) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of Plaintiff Chantilly Store All, LLC's Motion to Strike or in the Alternative Motion for 56(f) Extension (Doc. #16), it is hereby

ORDERED that

(1) Defendants shall be required to show cause why this motion should not be granted by no later than 5:00 p.m. on Monday, November 23;

(2) Plaintiff may file a reply by no later than 5:00 p.m. on Monday, November 30; and

(3) The deadline for Defendants to file a reply brief (Doc. #12) to Plaintiff's response to the Defendants' Motion to Dismiss Second Amended and Supplemented Complaint is CONTINUED generally. Accordingly, Defendants' Motion for Extension of Time (Doc. #17) is DENIED as moot.

DONE this the 12th day of November, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE